EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Neyda Martínez Mora<br>  Recurrida<br><br>       v.<br><br>Acana Corporation H/N/C<br>Acana Real Estate<br>  Peticionario | Certiorari<br><br>2002 TSPR 128<br><br>157 DPR _____ |

Número del Caso: CC-1998-583

Fecha: 27 de septiembre de 2002

Tribunal de Circuito de Apelaciones:
                    Circuito Regional I

Juez Ponente:
                    Hon. Roberto L. Córdova Arone

Abogado de la Parte Peticionaria:
                    Lcdo. José M. Acevedo Alvarez

Abogado de la Parte Recurrida:
                    Lcdo. José A. Lebrón Tirado

Materia: Discrimen por Embarazo, Despido Injustificado y
        Reclamación de Salarios

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Neyda Martínez Mora

    Recurrida

       v.

Acana Corporation H/N/C               CC-1998-583
Acana Real Estate

    Peticionario

Sala Especial integrada por el Juez Presidente señor Andréu García como su Presidente, la Juez Asociada señora Naveira de Rodón y los Jueces Asociados señores Corrada del Río y Rivera Pérez

RESOLUCIÓN NUNC PRO TUNC

San Juan, Puerto Rico a 27 de septiembre de 2002

Se enmienda Nunc Pro Tunc el último párrafo de la Sentencia emitida el 23 de agosto de 2002 en el caso CC-1998-583, Neyda Martínez Mora v. Acana Corporation, a los fines de hacer constar que la Juez Asociada señora Naveira de Rodón emitió una Opinión de Conformidad a la cual se unen el Juez Presidente señor Andréu García y el Juez Asociado señor Rivera Pérez.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                          Patricia Otón Olivieri
                  Secretaria del Tribunal Supremo